NUMBER 13-01-550-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


R. WAYNE JOHNSON , Appellant,


v.


JOHN CORNYN, ATTORNEY GENERAL

AND ANDY TAYLOR , Appellees.

___________________________________________________________________


On appeal from the 156th District Court

of Bee County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, R. Wayne Johnson , perfected an appeal from a judgment entered by the 156th District Court of Bee County,
Texas, in cause number B-01-1159-0-CV-B . The notice of appeal was filed on August 10, 2001 . Pursuant to Tex. Gov't
Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing of an appeal. To date,
appellant has failed to pay the filing fee. 

On December 11, 2001 , pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that he was delinquent in
remitting this filing fee and that, unless the filing fee was paid within ten days from the date of receipt of this Court's
notice, this appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the opinion that
the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 17th day of January, 2002.